UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

JACQUELINE RIZK AND SAMIR GONSALVES,

                Plaintiff,

                                    ORDER
        - against -

                                CV 2014-6434 (RRM)(MDG)
CITY OF NEW YORK, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - -X

    The parties have moved for a proposed protective order of
confidentiality to protect certain information that may be
produced in discovery and submitted a proposed stipulated
protective order (the "Proposed Protective Order").  See ct. doc.
23.  This Court finds, given the nature of the claims asserted
herein, that certain documents produced in discovery may contain
confidential private information for which special protection
from public disclosure and from use for any purpose other than
litigating this action would be warranted.  Accordingly, this
Court orders as follows:

    1.  The Proposed Protective Order, to which the parties have
stipulated and which is annexed hereto as Exhibit 1, is approved
and incorporated herein, except as modified below.

    2.  Notwithstanding the agreement among the parties, no
party may designate as "Confidential Materials" documents that
are not entitled to confidential treatment under applicable legal
principles.  "Confidential Material" may also include private

personal, medical or financial information; information required

by law to be maintained in confidence by any person; and

information protected from disclosure by government regulations.

In addition, this Order protects all copies, abstracts, charts,

summaries, and notes made from material properly designated as

Confidential.  Nothing in this Order shall be construed as

conferring blanket protection on all disclosures or responses to

discovery or as constituting a determination of the relevance or

admissibility of any discovery materials.

3.  The parties must use best efforts to minimize the number

and extent of documents filed under seal.  Prior to seeking leave

to file a document containing Confidential Materials under seal,

a party must determine whether the material that gives rise to a

"Confidential" designation is relevant and necessary to the

filing and whether redaction of the confidential information may

eliminate the need for sealing the document.  If the information

that is confidential is not relevant to the filing and there is

no need to seal the remainder of the document, the document

should be filed unsealed, with the confidential information

redacted.  If the parties intend to file documents that include

Confidential Materials in connection with a motion, they must, if

possible, propose a schedule for briefing of a motion which

includes a short delay in filing submissions so the parties will

have time to confer on minimizing the volume of documents that a

party will seek to file under seal or to avoid having to file a motion to seal.

4.  If the information that is confidential is relevant to the filing, the document containing such information may be filed under seal, with the following limitations:

a.  If the document containing Confidential Materials is a document prepared or caused to be prepared by a party for this litigation, such as an affidavit, memorandum of law or deposition transcript, the parties must publicly file the document with the Confidential Materials redacted.

b.  If the Confidential Materials constitute a small portion of a document, the parties must publicly file the document with the Confidential Materials redacted.

5.  The parties are advised that if they seek to seal documents such as dispositive motions or trial materials, the Court may revisit this protective order in order to tailor more narrowly the appropriate scope of sealing and redacting of information in order to protect the right of the public to inspect judicial documents under both the First Amendment and under common law.

6.  The parties must comply with procedures of the Clerk's Office and this Court's Chambers Rules as to documents to be filed under seal.[1]  This process requires that a party seeking to

---

[1] The Clerk's instructions for electronically filing sealed documents are available on the Court's website at:
(continued...)

seal a document must first file a Motion for Leave to e-file a

sealed document, with the proposed sealed documents attached to

the motion.  The ECF system will notify the party when the motion

is granted and provide instructions for filing the sealed

document, using both the appropriate event for the motion and the

sealed document event.  If leave to file under seal is granted

and if the document contains relevant information that is not

confidential, the filing party will be required to file publicly

a copy of the sealed document with the confidential information

redacted.

7.  The parties should make best efforts to file sealed

documents electronically.  If a party has to file a hard copy,

any such submission must be accompanied by a cover sheet in

accordance with the form "Notice Regarding the filing of Exhibits

in Paper Form," in the CM/ECF User's Guide.  The Notice must also

be filed electronically.  Any sealing envelope should clearly

describe the document to be sealed and identify the document

number on the docket sheet that corresponds to such sealed

document.  Each envelope submitted for sealing may contain only

one document or portions of one filing (such as multiple exhibits

annexed to a document filed).

---

[1](...continued)
https://www.nyed.uscourts.gov/sites/default/files/forms/EfilingSe
aledCV.pdf.

8.  A party submitting a document under seal or filing a document with redacted information must provide the District Judge and/or Magistrate Judge to be handling the application or motion at issue with a complete and un-redacted copy of the submission that is marked to indicate that the document is filed under seal, if applicable, and what portions of the submission are confidential.  The first page of the document must clearly indicate that the document or portions thereof are filed under seal or with redactions and the assigned ECF document number.

**SO ORDERED.**

Dated:    Brooklyn, New York
          July 15, 2015

                                    /s/_____
                                    MARILYN D. GO
                                    UNITED STATES MAGISTRATE JUDGE